IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00371-DDD-KAS

CHECKERS INDUSTRIAL PRODUCTS LLC,   **DEMAND FOR**
a Colorado limited liability company,   **JURY TRIAL**

      Plaintiff,

  v.

DRIVER INDUSTRIAL OPCO LLC,
a Delaware limited liability company,

      Defendant.

## JOINT MOTION FOR SIXTH EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

Pursuant to D.C.COLO.LCivR 6.1(a), Plaintiff Checkers Industrial Products, LLC and Defendant Driver Industrial OPCO, LLC herein jointly request a Sixth Extension of Time for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint for Patent Infringement (Dkt. No. 1).

Plaintiff filed its Complaint for Patent Infringement on February 4, 2025. Defendant was served with the Summons and Complaint on February 18, 2025. The parties previously stipulated to an initial extension of twenty-one (21) days (Dkt. No. 10) and jointly moved the Court for extensions of twenty-one (21) days each (Dkt. Nos. 12, 13, 16, 17, 19, 20, 24) for Defendant to answer or otherwise respond to the Complaint. The current deadline was June 24, 2025. Although there was an inadvertent delay in seeking a further extension, the parties' settlement discussions continue, and the parties have now agreed to seek an additional extension of Defendant's response date. Good cause exists for such extension, as the parties continue to work

toward resolution of this dispute; therefore, the Parties jointly request an additional extension of twenty-one (21) days for Defendant to answer or otherwise respond to the Complaint. Pursuant to this request, Defendant's Response to Plaintiff's Complaint will be due by July 15, 2025.

Pursuant to D.C.COLO.LCivR 6.1(c), the Parties state that undersigned counsel will contemporaneously serve their respective clients with this Joint Motion for Sixth Extension of Time.

Dated this 1st day of July, 2025.

                                        Respectfully submitted,

**MICHAEL BEST & FRIEDRICH LLP**

*/s/ Melanie J. Reichenberger*
Melanie J. Reichenberger
790 N. Water Street, Suite 2500
Milwaukee, WI 53202
Tel: 414.271.6560
Fax: 414.277.0656
mjreichenberger@michaelbest.com

*Attorneys for Plaintiff*
*Checkers Industrial Products, LLC*

**KILPATRICK TOWNSEND & STOCKTON LLP**

*/s/ Kevin M. Bell*
Kevin M. Bell
1400 Wewatta Street, Suite 600
Denver, CO 80202
Tel: 303-571-4000
Fax: 303-571-4321
kbell@ktslaw.com

*Attorneys for Defendant*
*Driver Industrial OpCo, LLC*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 1, 2025, a true and correct copy of the foregoing was served electronically upon all counsel of record including the following:

>Kevin M. Bell
>1400 Wewatta Street, Suite 600
>Denver, CO 80202
>Tel: 303-571-4000
>Fax: 303-571-4321
>kbell@ktslaw.com

>s/ Melanie J. Reichenberger
>Melanie J. Reichenberger